AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

THE MILLGARD CORPORATION, Plaintiff

V.

GADSBY HANNAH, LLP, Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 CV 12388 RWZ**

TO: (Name and address of Defendant)

Managing Partner
GADSBY HANNAH, LLP
225 Franklin Street
Boston, MA 02110-2811

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John S. Davagian, II, Esq.
DAVAGIAN & ASSOCIATES
Attorneys At Law
365 Boston Post Road, Suite #200
Sudbury, MA  01776-3023

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date           Signature of Server

            Address of Server

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November 19, 2004
I hereby certify and return that on 11/19/2004 at 11:20AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to L.Lewin,Chariman & agent in charge at time of service, for Gadsby Hannah, LLP, at , 225 Franklin Street, Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter                                       *Deputy Sheriff*