UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
                     Plaintiff

v.

GADSBY HANNAH, LLP,
                     Defendant

## ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The defendant, Gadsby Hannah, LLP, moves the court to extend the time within which it may respond to the plaintiff's complaint through and including December 24, 2004.

                                      GADSBY HANNAH, LLP
                                      By its attorneys,

                                      Michael J. Stone, Esq., BBO# 482060
                                      Terri Pastori, Esq., BBO#635323
                                      PEABODY & ARNOLD LLP
                                      30 Rowes Wharf
                                      Boston, MA 02110
                                      (617) 951-2100

Assented to:

THE MILLGARD CORPORATION
By its attorney,

John S. Davagian, II, Esq.
Davagian & Associates
365 Boston Post Road, Suite 200
Sudbury, MA 01776

## CERTIFICATE OF SERVICE

I, Michael J. Stone, Esq., hereby certify that on this _____ day of December, 2004, I caused a copy of the above to be mailed, postage prepaid to John S. Davagian, II, Esq., Davagian & Associates, 365 Boston Post Road, Suite 200, Sudbury, MA 01776.

                                                              Michael J. Stone

PABOS2:MSTONE:603012_1
14825-90693