UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
               Plaintiff

v.

GADSBY HANNAH, LLP,
               Defendant

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the defendant, Gadsby Hannah, LLP, in the above-entitled action.

GADSBY HANNAH, LLP
By its attorneys,

_____
Michael J. Stone, Esq., BBO# 482060
Terri Pastori, Esq., BBO#635323
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Michael J. Stone, Esq., hereby certify that on this _____ day of December, 2004, I caused a copy of the above to be mailed, postage prepaid to John S. Davagian, II, Esq., Davagian & Associates, 365 Boston Post Road, Suite 200, Sudbury, MA 01776.

_____
Michael J. Stone

PABOS2:MSTONE:603011_1
14825-90693