**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA    PROVIDENCE, RI

TERRI L. PASTORI
[617] 951.2041
tpastori@peabodyarnold.com



January 10, 2005

**By Hand Delivery**

Lisa Urso, Courtroom Clerk to the
Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

> **Re:   *The Millgard Corporation v. Gadsby Hannah, LLP***
> ***Civil Action No.: 04-12388-RWZ***

Dear Ms. Urso:

I submit this letter pursuant to the instruction of Jay Johnson. Michael Stone and I represent the Defendant, Gadsby Hannah LLP in the above-referenced action. The initial structuring conference has been scheduled for January 27, 2005. Attorney Stone is not available on the 27th and as a result, we seek to have the conference rescheduled to a date that is convenient for the Court and the parties. If it is convenient for the Court, counsel for the Plaintiff and the Defendant are available on February 3, 2005. The Plaintiff's counsel, John S. Davagian assents to our request to reschedule the conference.

Should you have any questions or concerns with regard to this matter please do not hesitate to call my office. Thank you for your cooperation.

Sincerely,

Terri L. Pastori

cc:    John S. Davagian, II, Esquire (by facsimile)