UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
               **Plaintiff**

v.

GADSBY HANNAH, LLP,
               **Defendant**

## CERTIFICATION OF DEFENDANT GADSBY HANNAH LLP PURSUANT TO LOCAL RULE 16.1(D)(3)

This is to certify that an authorized representative of the Defendant, Gadsby Hannah LLP, and its counsel have conferred regarding: (1) a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and (2) the possibility of resolving this litigation through the use of alternative dispute resolution programs such as set forth in Local Rule 16.4. The undersigned hereby affirm the preceding.

Respectfully submitted,

GADSBY HANNAH, LLP
By its attorneys,

_____
Michael J. Stone, Esq., BBO# 482060
Terri Pastori, Esq., BBO#635323
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

GADSBY HANNAH LLP

By: _____
Ronald Busconi, Partner

## CERTIFICATE OF SERVICE

I, Terri L. Pastori, Esq., hereby certify that on this ___7___ day of February, 2005, I caused a copy of the above to be mailed, postage prepaid to John S. Davagian, II, Esq., Davagian & Associates, 365 Boston Post Road, Suite 200, Sudbury, MA 01776.

_____
Terri L. Pastori