UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THE MILLGARD CORPORATION,<br>Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP<br>Defendant | Civil Action No. 04-12388-RWZ |

### CERTIFICATIONS OF PLAINTIFF, THE MILLGARD CORPORATION

We hereby certify that we have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: 2/4/2005

Respectfully Submitted,

The Millgard Corporation

_Christine E. Moretto_  2/4/2005
By: Christine E. Moretto
Title: Director

_John S. Davagian, II, Esq._  2/4/2005
John S. Davagian, II, Esq.
Counsel

1

C:\WINDOWS\TEMP\pld00003.doc