UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
                      Plaintiff

v.

GADSBY HANNAH, LLP,
                Defendant

## JOINT MOTION TO EXTEND DEADLINES

The parties hereby move to have the deadlines previously established at the scheduling conference extended by approximately 60 days as set forth below. As grounds for this motion, the parties state as follows:

1.      This is a legal malpractice action against Gadsby Hannah LLP ("Gadsby Hannah") brought by its former client, The Millgard Corporation ("Millgard").

2.      The parties are, and have been, engaged in discovery and have cooperated with each other concerning various issues that have arisen in the course of discovery. Gadsby Hannah has served paper discovery upon Millgard, and the parties now are in the process of scheduling depositions of the relevant factual witnesses. The taking of depositions has been complicated by the fact that many witnesses live outside of Massachusetts (e.g. Michigan, Vermont, Maine, and Connecticut).

3.      The parties previously submitted a report of their planning meeting and suggested that the case be bifurcated into a liability phase, which would be addressed first, and then a damage phase. The parties set a schedule for the disclosure of Millard's experts by June 30,

2005 and the disclosure of the Gadsby Hannah's experts by August 31, 2005. The parties initially thought they would be able to conclude factual discovery by October 31, 2005 and expert discovery by December 31, 2005.

4. As a result of the scheduling conference, this Court issued a scheduling order for expert disclosures and set this case down for further scheduling conference.

5. Despite their diligent efforts, the parties are not going to be able to complete factual discovery by October 31, 2005 due to scheduling conflicts of witnesses and counsel.

6. The parties anticipate that they will be able to complete all discovery by January 6, 2006. The parties, therefore, request that this Court extend the discovery deadline to January 6, 2006, extend the deadline by which Gadsby Hannah has to disclose its experts to October 28, 2005, and reschedule the status conference currently scheduled for November 14, 2005 to either the week of January 9 or 23, 2006 as the Court's schedule permits.

WHEREFORE, the parties request that this Court grant their requested extension of the discovery deadline to January 6, 2006, extend the deadline by which Gadsby Hannah has to disclose its experts to October 28, 2005, and reschedule the status conference currently scheduled for November 14, 2005 to either the week of January 9 or 23, 2006 as the Court's schedule permits.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| **The Millgard Corporation** | **Gadsby Hannah, LLP** |
| By its Attorneys, | By its Attorneys, |
| /s/ John S. Davagian, II | /s/ Terri L. Pastori |
| John S. Davagian, II, BBO#114740 | Michael J. Stone, Esq., BBO#482060 |
| Davagian & Associates | Terri L. Pastori, Esq., BBO#635323 |
| 365 Boston Post Road, Suite 200 | Peabody & Arnold, LLP |
| Sudbury, MA  01776-3023 | 30 Rowes Wharf |
| (978) 443-3773 | Boston, MA 02110 |
| | (617) 951-4702 |