UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MILLGARD CORPORATION,<br>                    Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP,<br>                    Defendant | CIVIL ACTION NO. 04-12388-RWZ |

**JOINT MOTION TO ADJUST DEADLINE BY WHICH THE DEFENDANT HAS TO DISCLOSE EXPERTS**

The parties hereby request that the Court adjust the deadline by which the defendant has to disclose its experts witnesses on liability, if any, to November 30, 2005.

The parties recently moved to have the deadlines previously established at the scheduling conference extended by approximately 60 days because they were not going to be able to complete factual discovery by October 31, 2005 due to scheduling conflicts of witnesses (many of whom live outside of Massachusetts) and counsel.  The Court granted the motion and set a further scheduling conference on January 11, 2006.  As the schedule stands, the defendant has until October 28, 2005 to disclosure its experts on liability, if any, and discovery closes on January 6, 2006.  The parties have scheduled three important depositions the week of November 7, 2005, which is after the defendant's expert disclosure deadline, due to schedule and travel arrangements of the parties and counsel.  As a result, the defendant's expert disclosure deadline is before the completion of the necessary depositions, and the parties' seek to have the scheduled adjusted so that the defendant's expert disclosure occurs after these depositions.

2

WHEREFORE, the parties request that this Court grant the request to adjust the defendant's expert disclosure deadline to November 30, 2006.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **The Millgard Corporation** | **Gadsby Hannah, LLP** |
| By its Attorneys, | By its Attorneys, |
| /s/ John S. Davagian | /s/ Terri L. Pastori |
| John S. Davagian, II, BBO#114740 | Michael J. Stone, Esq., BBO#482060 |
| Davagian & Associates | Terri L. Pastori, Esq., BBO#635323 |
| 365 Boston Post Road, Suite 200 | Peabody & Arnold, LLP |
| Sudbury, MA 01776-3023 | 30 Rowes Wharf |
| (978) 443-3773 | Boston, MA 02110 |
| | (617) 951-4702 |