UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
                       Plaintiff

v.

GADSBY HANNAH, LLP,
                       Defendant

**AFFIDAVIT OF TERRI L. PASTORI IN SUPPORT OF GADSBY HANNAH'S MOTION FOR SUMMARY JUDGMENT**

I, Terri L. Pastori, hereby depose under oath and state as follows:

1.    I am an attorney in good standing, and admitted to practice before the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, among other courts.

2.    I am partner in the law firm of Peabody & Arnold LLP, and I am an attorney for the Defendant, Gadsby Hannah LLP in this matter.

3.    Attached hereto as Exhibit A are true and accurate copies of excerpts from Dennis Millgard's deposition transcript.

4.    Attached hereto as Exhibit B are true and accurate copies of excerpts from Richard Millgard's deposition transcript.

5.    Attached hereto as Exhibit C is the opinion in Millgard Corp. v. McKee/Mays, 49 F.3d 1070 (5th Cir. 1995).

6.    Attached hereto as Exhibit D are true and accurate copies of excerpts from David Coleman's deposition transcript.

7. Attached hereto as Exhibit E is a true and accurate copy of Joel Lewin's deposition transcript.

8. Attached hereto as Exhibit F are true and accurate copies of excerpts from Ronald Busconi's deposition transcript.

9. Attached hereto as Exhibit G is a true and accurate copy of the Complaint filed in this case.

10. Attached hereto as Exhibit H is a true and accurate copy of Deposition Exhibit 32 (Facsimile with Bond).

11. Attached hereto as Exhibit I is a true and accurate copy of Deposition Exhibit 14 (Subcontract).

12. Attached hereto as Exhibit J is a true and accurate copy of Deposition Exhibit 41 (Woodard's letter to surety).

13. Attached hereto as Exhibit K is a true and accurate copy of Deposition Exhibit 68 (Gadsby Hannah Billing Records).

14. Attached hereto as Exhibit L is a true and accurate copy of Deposition Exhibit 10 (March 2, 1999 letter from White Oak).

15. Attached hereto as Exhibit M is a true and accurate copy of Deposition Exhibit 11 (Millgard's letter to Busconi on March 3, 1999).

16. Attached hereto as Exhibit N is a true and accurate copy of the Deposition Transcript of Peter Huntsman.

17. Attached hereto as Exhibit O is a true and accurate copy of Deposition Exhibit 13 (Millgard's letter to Huntsman).

18. Attached hereto as Exhibit P is a true and accurate copy of Deposition Exhibit 65 (Termination Letter).

19. Attached hereto as Exhibit Q is a true and accurate copy of Deposition Exhibit 76 (Coleman's Memorandum of March 21, 2000).

20. Attached hereto as Exhibit R is a true and accurate copy of Connecticut General Laws § 49-42 (pre-October 1994 amendment).

21. Attached hereto as Exhibit S is a true and accurate copy of the Section 49-42 as amended in October 1994.

22. Attached hereto as Exhibit T is a true and accurate copy of TMC's interrogatory answers.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _____ DAY OF MARCH 2006.

/s/ Terri L. Pastori
Terri L. Pastori

**CERTIFICATE OF SERVICE**

    I, Terri L. Pastori, hereby certify that on March 10, 2006, the foregoing document was served upon counsel for the plaintiff, John S. Davagian, Esquire, by electronic mail (affidavit only) at jsdavagian@jsdlawgroup.com and by first class mail (affidavit and exhibits).

                                              /s/ Terri L. Pastori
                                              Terri L. Pastori