UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE MILLGARD CORPORATION,  ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-12388-RWZ |
| ) | |
| GADSBY HANNAH, LLP ) | |
|     Defendant ) | |

## NOTICE OF APPEARANCE

To the Court:

Please enter the appearance of **Thomas E. Sartini, III** as counsel for the plaintiff, The Millgard Company, in the above captioned matter. Thank you.

**The Millgard Corporation**
By its attorney,

Date:  3/29/2006

/s/ Thomas E. Sartini, III
John S. Davagian, II
B.B.O. No. 114740
Thomas E. Sartini, III
B.B.O. No. 637971
Davagian & Associates
365 Boston Post Road, Suite 200
Sudbury, MA 01776
978-443-3773

## CERTIFICATE OF SERVICE

I, John S. Davagian, II, hereby certify that on March 29, 2006 I served a copy of the foregoing document upon counsel for the Defendant, Terri L. Pastori, Esquire, by electronic mail at tpastori@peabodyarnold.com.

/s/ John S. Davagian, II

John S. Davagian, II, Esq.