UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE MILLGARD CORPORATION,<br>    Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP<br>    Defendant | Civil Action No. 04-12388-RWZ |

## PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE EXPERT, JOEL LEWIN, DUE TO A CONFLICT OF INTEREST

The Plaintiff, The Millgard Corporation, hereby moves to disqualify the Defendant's Expert, Joel Lewin, on the basis that a partner of Mr. Lewin in the same practice group of their law firm has previously represented The Millgard Corporation. Therefore, a conflict interest exists and Mr. Lewin must be disqualified as Gadsby Hannah's expert witness.

In support of this motion, The Millgard Corporation submits the accompanying Memorandum of Law and the Affidavits of David B. Coleman and Christine E. Moretto in support thereof.

## REQUEST FOR ORAL ARGUMENT

The Millgard Corporation respectfully requests a hearing on this motion.

Date: 3/30/2006

**The Millgard Corporation**
By its attorney,

/s/ John S. Davagian, II
John S. Davagian, II, Esq.
B.B.O. No. 114740
Thomas E. Sartini, III, Esq.
B.B.O. No. 637971
Davagian & Associates
365 Boston Post Road, Suite 200
Sudbury, MA 01776
978-443-3773

1

## **RULE 7.1 CERTIFICATION**

I hereby certify that on March 27, 2006, I conferred with Terri L. Pastori, counsel for the defendant, and attempted in a good-faith to resolve or narrow the issues subject to this motion but was unable to do so.

/s/ John S. Davagian, II

John S. Davagian, II, Esq.

## **CERTIFICATE OF SERVICE**

I, John S. Davagian, II, hereby certify that on March 30, 2006 I served a copy of the foregoing document upon counsel for the Defendant, Terri L. Pastori, Esquire, by electronic mail at tpastori@peabody.arnold.com.

/s/ John S. Davagian, II

John S. Davagian, II, Esq.