UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MILLGARD CORPORATION,<br>    Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP<br>    Defendant | Civil Action No. 04-12388-RWZ |

**AFFIDAVIT OF CHRISTINE E. MORETTO**

Upon oath I, Christine E. Moretto, depose and say as follows:

1. I reside at 42247 Whitler Trail, Novi, Michigan 48377.

2. I was employed by The Millgard Corporation ("TMC") from 1988 to 2003.

3. My last position at TMC was as Chief Financial Officer.

4. After TMC voluntarily filed for bankruptcy under Chapter 11 of the Bankruptcy Code, I was appointed by the United States Bankruptcy Court of Eastern Michigan, Southern Division to administer the affairs of the corporation in bankruptcy.

5. I have personal knowledge of the facts contained herein and if called as a witness could competently testify thereto.

6. I have read the AFFIDAVIT OF DAVID B. COLEMAN IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE EXPERT, JOEL LEWIN, DUE TO A CONFILCT OF INTEREST.

7. During the course of my employment at TMC, Mr. Coleman reported to me that he had reached verbal agreement with David K. Skerritt, Vice President of Middlesex, whereby Hinkley Allen would represent the interests of both Middlesex and TMC in the appeals of

1

TMC's two claims against the Massachusetts Highway Department as referenced in Mr. Coleman's Affidavit.

8. During the course of my employment at TMC, Mr. Coleman also reported to me that he had reached verbal agreement with David K. Skerritt, Vice President of Middlesex, whereby the two companies would evenly split the cost of Hinckley Allen's representation.

9. Based upon those reports I understood that Hinkley Allen was employed as our legal counsel to represent TMC with respect to the MHD claims and that TMC would be responsible for paying for one half of the invoices that Hinkley Allen generated for its representation of both companies in their appeals.

10. By this Affidavit I affirm on behalf of TMC that TMC does not relinquish Hinkley Allen from its obligations to TMC under the attorney-client privilege.

WHEREFORE, I have read the foregoing and state under the penalties of perjury that the information contained herein is true and accurate to the best of my knowledge.

Dated: 3/29/2006

*Christine C. Moretto*

Christine E. Moretto

2

## CERTIFICATE OF SERVICE

    I, John S. Davagian, II, hereby certify that on March 30, 2006 I served a copy of the foregoing document upon counsel for the Defendant, Terri L. Pastori, Esquire, by electronic mail at tpastori@peabodyarnold.com.

                                                                     <u>/s/ John S. Davagian, II</u>

                                                                       John S. Davagian, II, Esq.