UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MILLGARD CORPORATION, )<br>    Plaintiff                    )<br>                                      )<br>v.                                       )<br>                                      )<br>GADSBY HANNAH, LLP        )<br>    Defendant                     )<br>                                      ) | Civil Action No. 04-12388-RWZ |

**AFFIDAVIT OF JOHN S. DAVAGIAN, II
IN SUPPORT OF OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARYJUDGMENT**

Upon oath I, John S. Davagian, II, depose and say as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court of Massachusetts.

2. I am the principal in the law firm of Davagian & Associates, 365 Boston Post Road, Suite 200, Sudbury, Massachusetts 01776.

3. Davagian & Associates is counsel for the Plaintiff, The Millgard Corporation ("TMC"), in this action.

4. I have personal knowledge of the facts contained herein and if called as a witness could competently testify thereto.

5. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Volume I of the deposition transcript of V. Dennis Millgard.

6. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Volume II of the deposition transcript of V. Dennis Millgard.

7. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of C. Richard Millgard.

8. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript of David B. Coleman.

9. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Ronald G. Busconi.

10. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of John Giffune.

11. Attached hereto as Exhibit 7 is a true and correct copy of deposition exhibit no. 10 (Fax cover sheet to Gadsby Hannah with attached letter from White Oak dated March 2, 1999).

12. Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit no. 36 (Letter to Gadsby Hannah from Attorney Gary M. Case with attachments dated June 22, 2000).

13. Attached hereto as Exhibit 9 is a true and correct copy of Deposition Exhibit no. 53 (Fax cover sheet to Gadsby Hannah with attached letters to White Oak dated February 26, 1999).

14. Attached hereto as Exhibit 10 is a true and correct copy of Deposition Exhibit no. 55 (Fax cover sheet to Gadsby Hannah dated March 26, 1999 with attached excerpts from ConnDOT's position paper).

15. Attached hereto as Exhibit 11 is a true and correct copy of Deposition Exhibit no. 56 (Memorandum drafted by Gadsby Hannah dated March 29, 1999).

16. Attached hereto as Exhibit 12 is a true and correct copy of Deposition Exhibit no. 57

(Handwritten notes authored by V. Dennis Millgard commenting on the ConnDOT Position Paper dated March 22, 1999 that were faxed to Ron Busconi on March 30, 1999.)

17. Attached hereto as Exhibit 13 is a true and correct copy of Judge Christopher F. Droney's Ruling on Summary Judgment in the action of *The Millgard Corporation v. White Oak Corp., et al.*, U.S.D.C., District of Connecticut, C.A. No. 3:00CV1685(CFD).

18. Attached hereto as Exhibit 14 is a true and correct copy of Gadsby Hannah's invoices to TMC from June of 1998 to September of 2000.

WHEREFORE, I have read the foregoing and state under the penalties of perjury that the information contained herein is true and accurate to the best of my knowledge.


Dated: 3/31/2006                                    /s/ John S. Davagian, II
                                                    John S. Davagian, II


## CERTIFICATE OF SERVICE

I, John S. Davagian, II, hereby certify that on March 31, 2006 I served a copy of the foregoing document upon counsel for the Defendant, Terri L. Pastori, Esquire, by electronic mail at tpastori@peabodyarnold.com.

                                                    /s/ John S. Davagian, II

                                                    John S. Davagian, II, Esq.

3

P:\active\Millgard\1269\pld00015 JSD affidavit.doc