UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MILLGARD CORPORATION,<br>Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP<br>Defendant | Civil Action No. 04-12388-RWZ |

## AFFIDAVIT OF C. RICHARD MILLGARD

Upon oath I, C. Richard Millgard, depose and say as follows:

1. I reside at 17028 Lochmoor Circle East, Northville, Michigan.

2. I was employed by The Millgard Corporation from 1964 to 2003.

3. My last job title with The Millgard Corporation was Executive Vice President.

4. I have personal knowledge of the facts contained herein and if called as a witness could competently testify thereto.

5. Attached hereto as Exhibit "1" is a true and correct copy of selected pages from a yellow papered notepad.

6. During my employment with The Millgard Corporation, it was my personal practice to maintain notes of communications on a daily basis on such notepads.

7. I used the notepad as a daily log to record telephone conferences and messages.

8. Upon review of the Defendant, Gadsby Hannah's Motion for Summary Judgment, on or about March 20, 2006, I reviewed my personal files and came across the notepad from which the pages in Exhibit "1" were excerpted. Upon review of the notepad, my memory was refreshed as to certain communications with Attorney Ron Busconi of Gabdsy

1

Hannah, LLP on May 28, 29 and June 1, 1998.

9. On those dates I did ask Mr. Busconi: (1) how the Connecticut bond laws worked, (2) when and how we should file against the White Oak bond, and (3) when, how or if we would should file suit with respect to the TMC claim for differing site conditions.

10. I do not recall any specific advice that Mr. Busconi gave me during those initial conversations beyond a comment that pursuing a lawsuit as a subcontractor in Connecticut against ConnDOT was different than in most other states.

11. I do recall that he told me that he would look further into my questions and get back to me.

12. This notepad was kept among my personal papers and not with the corporate records of The Millgard Corporation.

13. On Thursday, March 23, 2006 I forwarded the original of the entire notepad to John S. Davagian, II, counsel for The Millgard Corporation.

WHEREFORE, I have read the foregoing and state under the penalties of perjury that the information contained herein is true and accurate to the best of my knowledge.

Dated: 03-27-06

_C. Richard Millgard_
C. Richard Millgard

2

## CERTIFICATE OF SERVICE

    I, John S. Davagian, II, hereby certify that on March 31, 2006 I served a copy of the foregoing document upon counsel for the Defendant, Terri L. Pastori, Esquire, by electronic mail at tpastori@peabody.arnold.com.

                                                   /s/ John S. Davagian, II

                                                   John S. Davagian, II, Esq.

# Exhibit "1"

3

P:\active\Millgard\1269\Affidavit of Richard Millgard.doc

5-28-98                               PAT MAHONEY 312-782-4554

1. HANCOCK SULLIVAN                                DIANE ✓
                                                   $5,000

2. DENNIS WIKSTEN                    FLUSHING
   800-723-0015                      718-539-1521

3. CHARLIE MADDEN W/ MODERN                        KAREN
   617-864-6300          $173,000    TOMORROW

4. JOE DEMARCO ✓ CONN DOT    LEFT WORD
   203- ~~781~~ - ~~7189~~ 389-3100   ~~860-579-2008~~
   ROD BUSCONI ✓              SUE OR NOT — BOND
   617-345-7002               CONN. LAW

5. JACK MORRISSEY ✓
   860-747-1627

6. TOM MORRIS W/ RYBA CALLED           RUSS
   RE: LAKE SUPERIOR STATE

7. TOM LINN ✓ W/ SIEMANS CALLED
   414-475-3714     LEFT WORD
   RETENTION NOT RELEASED — WILL EXPEDITE

8. MATT KOZIEL CALLED     810-343-3291
9. ROGER CHAPMAN  LEFT WORD
   203-483-2940
10. NICK MINORSKY W/ GEN. CONST.
    206-368-6300  LEFT WORD
11. JIM CAHILL CALLED     A WK. OR SO

5-29-98

MIKE ✓✓

HAPPY BIRTHDAY
SHARON
JULIE ✓
OLD FAITHFUL   DEBBIE

1. DAVID CALLED — 203-366-6413
2. MODERN — $173,000 ✓ JOE CLOUGHERTY 454-3704
3. REVIEW TOMLINSON ~ 617-503-5434  12,600
   2ND SHIFT COST     LEFT WORD

4. JACK MORRISSEY ✓ LEFT WORD
   860-747-1627   Res $50,000

5. GEORGE FADUL ~ ETKIN  Res #
   248-737-5800

6. TOM LINN ✓ SIEMANS   WORKING ON IT $
   414-475-3714

7. LES SNYDER w/ American Bridge
   407-420-1575   Not in

8. TOM MORRISN ✓ w/ RYBA CALLED: 120 PILE SOLDIERS
   616-627-4333   LAKE SUP. STATE 12 x 53LB B&M
   PRICE QUOTED ✓

9. Kevin O'Neil — TIGER STADIUM Called
   10:30 A.M. MON. 6-1-98
   Meet on jobsite

10. JOHN O'MALLEY — LEFT WORD
11. JOHN BARBADO w/ ERSCO (RE STEEL @ UAW)
    CALLED: PAYMENT WORKING ON IT
12. Ron Bascom ✓ — BOND —
    CONN. LAW — FILE - ? CONN. LAW

2-1-98

MAP

1. REVIEW WORK
2. TIGER STADIUM @ 10:30 A.M.
3. AM EX: CALLED ABOUT BILL ✓

4. TOM MORRISN ✓ w/ RYBA CALLED    #147,000 ✓
   616-627-4333  RE: LAKE SHR ST.

5. JOHN O'MALLEY                TOLEDO EDISON
                                RUSN
                                BLOCK 135

6. LABARGE CLAYCO WIRELESS — LEFT WORD
   LANCE KOESTER 314-427-5078 (EXT. 149)
   CANNOT BID COMMUNICATION SITES

7. GEORGE FADUL — ETKIN              TOM
   248-737-5800  LEFT WORD

8. ROGER CHADMAN ✓ SOON
   203-483-2940

9. BEN STONE @ MICH. NATNL. LEFT WORD
   248-478-4096

10. RON BUSCONI ✓ CALLED: RE: TOMLINSON
    COND. L&W DIFF. —
    BOND - SUE OR ?  LIQ. AGREE.