⚲AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 MAR 31 P 12:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

APPEARANCE

Case Number: 04-12388-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Millgard Corporation

I certify that I am admitted to practice in this court. ✓

March 31, 2006
Date

Signature

Thomas E. Sartini, III        637971
Print Name                    Bar Number

Davagian + Associates
Address
365 Boston Post Road
Sudbury             MA        01776-3023
City                State     Zip Code
(978) 443-3773                (978) 443-7773
Phone Number                  Fax Number