UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
           Plaintiff

v.

GADSBY HANNAH, LLP,
           Defendant

## AFFIDAVIT OF JOEL LEWIN IN SUPPORT OF GADSBY HANNAH'S OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY

I, Joel Lewin, hereby depose under oath and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, the United States District Court for the Southern District of New York, and the United States District Court for the District of West Virginia.

2. I graduated from Boston College Law School in 1972.

3. I am a senior partner at the law firm of Hinkley Allen & Snyder in its Boston, Massachusetts office, where I concentrate my practice on construction law. I am the chairperson of the firm's Construction Law Practice Group.

4. I have been retained by counsel for Gadsby Hannah LLP to provide an expert opinion on the standard of care and whether it was breached in this case. I do not act as co-counsel to Peabody & Arnold LLP or a consulting expert for Gadsby Hannah.

5. Before I accepted the engagement, I conducted a conflict check at my firm. No conflict was detected.

6. In my opinion, I do not have a conflict in providing expert testimony in this case.

7. TMC has never been a client of mine or of my firm.

8. I did not work on the Massachusetts Highway Department projects at issue in TMC's motion to disqualify.

9. I did not have or use any confidential information concerning TMC in connection with forming an expert opinion in this case.

SIGN UNDER THE PAINS AND PENALTIES OF PERJURY THIS _11_ DAY OF APRIL 2006.

_____
Joel Lewin

## CERTIFICATE OF SERVICE

    I, Terri L. Pastori, hereby certify that on April 11, 2006, the foregoing document was served upon counsel for the plaintiff, John S. Davagian, Esquire, by electronic mail at jsdavagian@jsdlawgroup.com.

                                                        /s/ Terri L. Pastori
                                                        Terri L. Pastori