UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

| |
|---|
| THE MILLGARD CORPORATION,<br>                        Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP,<br>                        Defendant |

## AFFIDAVIT OF RONALD G. BUSCONI IN SUPPORT OF GADSBY HANNAH'S OPPOSITION TO MOTION TO DISQUALIFY JOEL LEWIN

I, Ronald G. Busconi, hereby depose under oath and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeal for the First Circuit, and the United States Supreme Court.

2. I am a partner at the law firm of Gadsby Hannah LLP.

3. I make this affidavit based upon my personal knowledge.

4. The Millgard Corporation ("TMC") consulted with me and my firm on the Kane A project in Worcester and the Summer Street Project in Boston ("the projects"). Middlesex was the general contractor and the Massachusetts Highway Department ("MHD")was the owner on the projects.

5. According to my notes and Gadsby Hannah's billing records, TMC first consulted us concerning the projects in (approximately) March 2000 and continued to consult with us until (approximately) January 2001.

6. TMC consulted with Gadsby Hannah on a limited basis as it did on the Tomlinson Bridge Project. In the course rendering TMC advice, we communicated with Middlesex's attorney, Charles Schaub, regarding TMC's claim. After January 2001, I understood that TMC was going to pursue the claims by itself as it did on the Tomlinson Bridge Project.

SIGN UNDER THE PAINS AND PENALTIES OF PERJURY THIS __11__ DAY OF APRIL 2006.

*[signature]*
Ronald G. Busconi

## CERTIFICATE OF SERVICE

    I, Terri L. Pastori, hereby certify that on April 11, 2006, the foregoing document was served upon counsel for the plaintiff, John S. Davagian, Esquire, by electronic mail at jsdavagian@jsdlawgroup.com.

                                              /s/ Terri L. Pastori
                                              Terri L. Pastori