UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,
                          Plaintiff

v.

GADSBY HANNAH, LLP,
                         Defendant

## MOTION OF GADSBY HANNAH LLP TO STRIKE AFFIDAVIT OF RICHARD MILLGARD

      The Defendant, Gadsby Hannah LLP ("Gadsby Hannah") moves to strike the affidavit of Richard Millgard that the Plaintiff, The Millgard Corporation ("TMC") submitted in opposition to Gadsby Hannah's motion for summary judgment.  Richard Millgard's affidavit conflicts with his deposition testimony and attaches notes of his conversations with Attorney Ronald Busconi in May and June 1998, which TMC failed to produce until now.  Richard Millgard's affidavit and the notes should be stricken because (1) TMC had countless opportunities to produce Richard Millgard's notes and failed to do so until Gadsby Hannah filed for summary judgment; (2) Richard Millgard's affidavit contradicts his sworn deposition testimony and should be disregarded; and (3) even if this Court considers Richard Millgard's affidavit notes, Gadsby Hannah is entitled to summary judgment.

      In further support of this Motion, and incorporated herein by reference, Gadsby Hannah relies on the following documents:  (1) Memorandum of the Defendant, Gadsby Hannah, in support of its Motion to Strike; and (2) Affidavit of Terri L. Pastori.

WHEREFORE Gadsby Hannah respectfully requests that this Court grant its Motion to Strike, order Richard Millgard's affidavit and notes stricken from the summary judgment record, issue an order prohibiting TMC from using Richard Millgard's notes for any purpose in any future proceedings or trial in this case, and grant such other relief as the Court deems just and equitable.

REQUEST FOR ORAL ARGUMENT

Gadsby Hannah respectfully requests a hearing on its Motion for to Strike.

Respectfully submitted,

GADSBY HANNAH LLP

By its attorneys,

/s/ Terri L. Pastori
Michael J. Stone, Esquire, BBO#482060
Terri L. Pastori, Esquire, BBO#635323
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**CERTIFICATION**

I certify pursuant to Local Rule 7.1 that counsel for the parties conferred on April 10, 2006 and attempted in good faith to narrow or resolve the issues raised in this motion and were unable to do so.

/s/ Terri L. Pastori
Terri L. Pastori

**CERTIFICATE OF SERVICE**

  I, Terri L. Pastori, hereby certify that on April 11th, 2006, the foregoing document was served upon counsel for the plaintiff, John S. Davagian, Esquire, by electronic mail at jsdavagian@jsdlawgroup.com.

                /s/ Terri L. Pastori
                Terri L. Pastori

PABOS2:TPASTOR:635779_1
14825-90693

3