UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE MILLGARD CORPORATION,<br>Plaintiff<br><br>v.<br><br>GADSBY HANNAH, LLP<br>Defendant | Civil Action No. 04-12388-RWZ |

## AFFIDAVIT OF V. DENNIS MILLGARD

Upon oath I, V. Dennis Millgard, depose and say as follows:

1. I reside at 54878 Grenelefe Circle East, South Lyon, Michigan 48178.

2. I was employed by The Millgard Corporation ("TMC") from 1963 to 2003.

3. My last job title with The Millgard Corporation was as its president.

4. I have personal knowledge of the facts contained herein and if called as a witness could competently testify thereto.

5. "Mobilization" refers to the work of transporting materials and equipment to the jobsite, the assembly of that equipment, and the mustering of the workforce necessary to complete the project as well as the reverse process that occurs upon project completion.

6. When TMC stopped work on the Tomlinson Bridge Project on September 15, 1998, it only laid off its labor force but did not remove its equipment from the jobsite.

7. TMC completed demobilizing from the Tomlinson Bridge Project jobsite in September of 1999.

1

P:\data\active\Millgard\1269\Affidavit of Dennis Millgard_2.doc

WHEREFORE, I have read the foregoing and state under the penalties of perjury that the information contained herein is true and accurate to the best of my knowledge.

Dated: August 1, 2006

_____
V. Dennis Millgard

2