**PEABODY & ARNOLD** LLP
COUNSELLORS AT LAW

FILED
IN CLERKS OFFICE

2007 FEB -1  P 3: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA    PROVIDENCE, RI

TERRI L. PASTORI
[617] 951.2041
tpastori@peabodyarnold.com

February 1, 2007

*By Hand Delivery*

The Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      *Re:*   *The Millgard Corporation v. Gadsby Hannah, LLP*
            *Civil Action No.: 04-12388-RWZ*

Dear Judge Zobel:

    In the event that the Court decides that a hearing on the pending motions *in limine* would assist in their resolution, counsel for the defendant, Gadsby Hannah LLP, is available at your convenience. Thank you.

                                                                   Sincerely,

                                                                   Terri L. Pastori

cc:    John S. Davagian, II, Esquire (by facsimile)
        Michael J. Stone, Esquire