UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12388-RWZ

THE MILLGARD CORPORATION,

               Plaintiff

v.

GADSBY HANNAH, LLP,

               Defendant

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff, The

Millgard Corporation, and defendant, Gadsby Hannah, LLP hereby stipulate to the dismissal of

this action as to all counts, claims, and counterclaims with prejudice and without cost, waiving

all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

THE MILLGARD CORPORATION      GADSBY HANNAH LLP

By his attorney,                    By its attorneys,

   /s/ John S. Davagian               /s/ Terri L. Pastori
John S. Davagian, II, BBO#114740     Michael J. Stone, Esquire, BBO#482060
Davagian & Associates             Terri L. Pastori, Esquire, BBO#635323
365 Boston Post Road, Suite 200      PEABODY & ARNOLD LLP
Sudbury, MA  01776-3023           30 Rowes Wharf
((978) 443-3773                 Boston, MA 02110
                               (617) 951-2100

2

## CERTIFICATE OF SERVICE

I, Terri L. Pastori, hereby certify that on April 30th, 2007, the foregoing document was served upon counsel for the plaintiff, John S. Davagian, Esquire, by electronic mail at jsdavagian@jsdlawgroup.com.


    /s/ Terri L. Pastori_____
    Terri L. Pastori


PABOS2:TPASTOR:653291_1
14825-90693